MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, Bar No. 167223
barbara.miller@morganlewis.com
P. Bartholomew Quintans, Bar No. 308085
bart.quintans@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700

Attorneys for Defendant
Chick-fil-A, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY STEWART,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHICK-FIL-A, INC,<br><br>　　　　Defendant. | Case No. **'21CV587   BEN WVG**<br><br>**DEFENDANT CHICK-FIL-A, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Local Rule 40.2]<br><br>Action Filed:　　December 18, 2020 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 40568489.1

CORPORATE DISCLOSURE STATEMENT

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND PLAINTIFF:**

Pursuant to Southern District of California Local Civil Rule 40.2, Defendant Chick-fil-A, Inc. ("CFA, Inc."), by and through its undersigned counsel, states that it is a privately-held company and certifies that it has no parent company and no publicly held company owns 10% or more of its stock.

Dated: April 5, 2021                                   MORGAN, LEWIS & BOCKIUS LLP

By /s/ Barbara J. Miller
Barbara J. Miller
Bart Quintans
Attorneys for Defendant
Chick-fil-A, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

2          CORPORATE DISCLOSURE STATEMENT

DB2/ 40568489.1

# PROOF OF SERVICE

*Lindsey Stewart v. Chick-fil-A, Inc., et al.*

I am a resident of the State of California and employed in Orange County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 600 Anton Boulevard, Suite 1800, Costa Mesa, California 92626.

On April 5, 2021, I served a copy of the within document(s):

**DEFENDANT CHICK-FIL-A, INC.'S CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| ☒ | **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below. |

**Lindsey Stewart**
**P.O. Box 230170**
**Encinitas, CA 92024**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 5, 2021, at Costa Mesa, California.

[ X ] **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

_____
Cindy J. Hachiya