MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, Bar No. 167223
barbara.miller@morganlewis.com
P. Bartholomew Quintans, Bar No. 308085
bart.quintans@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:   +1.714.830.0700

Attorneys for Defendant
Chick-fil-A, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY STEWART, | Case No. **'21CV587  BEN WVG** |
| Plaintiff, | |
| vs. | **DEFENDANT CHICK-FIL-A, INC.'S STATEMENT OF FINANCIAL INTEREST** |
| CHICK-FIL-A, INC, | |
| Defendant. | |
| | [Local Rule 40.2] |
| | Action Filed:     December 18, 2020 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND PLAINTIFF:**

Pursuant to Southern District of California Local Civil Rule 40.2, Defendant Chick-fil-A, Inc. ("CFA, Inc."), by and through its undersigned counsel, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

(1)   Plaintiff Lindsey Stewart;

(2)   Defendant Chick-fil-A, Inc.

Defendant will advise this Court in the event they learn of any additional parties that must be identified pursuant to Civil Rule 40.2.

Dated: April 5, 2021                                    MORGAN, LEWIS & BOCKIUS LLP

                                                        By /s/ Barbara J. Miller
                                                        Barbara J. Miller
                                                        Bart Quintans
                                                        Attorneys for Defendant
                                                        Chick-fil-A, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 40634859.1

2                          STATEMENT OF FINANCIAL INTEREST

## <u>PROOF OF SERVICE</u>

### *Lindsey Stewart v. Chick-fil-A, Inc., et al.*

I am a resident of the State of California and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is 600 Anton Boulevard, Suite 1800, Costa Mesa, California 92626.

On April 5, 2021, I served a copy of the within document(s):

### **DEFENDANT CHICK-FIL-A, INC.'S STATEMENT OF FINANCIAL INTEREST**

| | |
|---|---|
| ☒ | **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below. |

**Lindsey Stewart**
**P.O. Box 230170**
**Encinitas, CA 92024**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 5, 2021, at Costa Mesa, California.

[  X  ]  **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

_____
Cindy J. Hachiya

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 40634859.1

3

STATEMENT OF FINANCIAL INTEREST